Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 04 C 6371 | DATE | 4/10/2007 |
| CASE TITLE | Crispus Booker vs. City of Chicago et al. | | |

**DOCKET ENTRY TEXT**

Report and Recommendation hereby submitted to Judge Mark Filip. For the reasons outlined in the attached Report and Recommendation, the Court recommends that City of Chicago's Motion to Bifurcate [#219] be denied. Status hearing before this Court is set for **4/25/07 at 9:00 a.m.** *AJc*

■ [ For further detail see separate order(s).]

.Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | FT |
|---|---|---|

04C6371 Crispus Booker vs. City of Chicago et al.                                                                                       Page 1 of 1