# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6371 | **DATE** | 4/17/2007 |
| **CASE TITLE** | Crispus Booker vs. City of Chicago et al. | | |

**DOCKET ENTRY TEXT**

Report and Recommendation was submitted to Judge Mark Filip on 4/10/07 regarding City of Chicago's Motion to Bifurcate [inadvertently shown as #219]. Docket entry #223 should have been the appropriate entry number for this Motion to Bifurcate. All other aspects of the 4/10/07 Order remain the same.

■ [ For further detail see separate order(s).]

.Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | FT |
|---|---|---|