# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6371 | **DATE** | November 20, 2008 |
| **CASE TITLE** | CRISPUS BOOKER vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion *in Limine* No. 14 to Bar All References to Any Prior Convictions of Trial Witnesses [326] is granted.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

The court will preclude this information because of defendants' counsels' late disclosures. The probative value of this information does not substantially outweigh the danger of unfair prejudice. Fed. R. Evid. 403.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|